```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MARLON COBAR
   Assistant U.S. Attorney
3  4401 Federal Courthouse
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
```

FILED
JAN 08 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HAAMID ALIE DARCUIEL, et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) <br> ) | NO. 1:08-CR-379-OWW <br><br> ORDER GRANTING GOVERNMENT'S <u>EX PARTE</u> MOTION TO (1) DISCLOSE PORTIONS OF SEALED ORDERS, APPLICATIONS, AFFIDAVITS AND RECORDINGS TO ATTORNEY MARIO DISALVO; AND (2) TO DISCLOSE PREVIOUSLY SEALED RECORDINGS SUBMITTED IN EVIDENCE DURING <u>IN CAMERA</u> HEARING ON GOVERNMENT'S MOTION TO DISQUALIFY ATTORNEY MARIO DISALVO, TO ALL COUNSEL |

Having reviewed and considered the Government's above-captioned motion and finding good cause, the Court hereby orders that (1) the Government's motion for disclosure of material to attorney Mario DiSalvo, subject to this Court's December 11, 2008 Protective Order; and (2) motion for disclosure of recordings to all counsel, subject to this Court's December 18, 2008 <u>In Camera</u> sealing order, is GRANTED. The Court further orders that attorney Mario DiSalvo ~~is~~ *and all counsel are* subject to this Court's December 11, 2008 Protective Order.

DATED: January 7, 2009

_____
HONORABLE OLIVER W. WANGER
U.S. District Judge