LAWRENCE G. BROWN
Acting United States Attorney
MARLON COBAR
Federal Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:08-CR-379 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTIONS DUE |
| v.          ) | DATES AND MOTIONS HEARING |
| ) | |
| ) | |
| HAAMID DARQUIEL, et al., ) | DATE:    June 29, 2009 |
| ) | TIME:    9:00 a.m. |
| Defendants.) | COURTROOM: Honorable Oliver W. Wanger |
| _____) | |

   IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the motions due dates be continued as follows: Defendant's motions due on May 7, 2009, Responses will be due on June 10m 2009 and the new motions hearing be continued to June 29, 2009 at 9:00 a.m. This will allow new counsel, Stephen Mensel, enough time to review discovery materials.

   All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

   That the parties agree that the resulting period of delay occurring between June 15, 2009, and the date for hearing the

1

1 motions, shall continue to be excluded for speedy trial purposes
2 pursuant to 18 U.S.C. § 3161 (h)(1)(F).

IT IS SO STIPULATED:

Dated: April 14, 2009                    LAWRENCE G. BROWN
                                         Acting United States Attorney

                                          /s/ Marlon Cobar
                                     By: MARLON COBAR
                                         Assistant U.S. Attorney

Dated: April 14, 2009                     /s/ Mark W. Coleman
                                         MARK W. COLEMAN
                                         Attorney for Defendant
                                         HAAMID ALIE DARCUIEL

Dated: April 14, 2009                     /s/ Matthew C. Davidson
                                         MATTHEW C. DAVIDSON
                                         Attorney for Defendant
                                         FRANCISCO RUIZ

Dated: April 14, 2009                     /s/ Stephen Mensel
                                         STEPHEN MENSEL
                                         Attorney for Defendant
                                         JASON SAMUEL

Dated: April 14, 2009                     /s/ Mario DiSalvo
                                         MARIO DiSALVO
                                         Attorney for Defendant
                                         SEREY KEM

Dated: April 14, 2009                     /s/ Dale A. Blickenstaff
                                         DALE A. BLICKENSTAFF
                                         Attorney for Defendant
                                         MARIO CARLOS SAIZ

Dated: April 14, 2009                     /s/ Anthony P. Capozzi
                                         ANTHONY P. CAPOZZI
                                         Attorney for Defendant
                                         ANGEL ALMAGUER III

| | |
|---|---|
| Dated: April 14, 2009 | /s/ Robert Donald Wilkinson<br>ROBERT DONALD WILKINSON<br>Attorney for Defendant<br>DARNELL V. McPETERS |
| Dated: April 14, 2009 | /s/ Juan M. Falcon<br>JUAN M. FALCON<br>Attorney for Defendant<br>MICHELLE M. MERAZ |
| Dated: April 14, 2009 | /s/ David A. Torres<br>DAVID A. TORRES<br>Attorney for Defendant<br>DAVID GARCIA |

LAWRENCE G. BROWN
Acting United States Attorney
MARLON COBAR
Federal Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiff, )<br>　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>HAAMID DARQUIEL, et al., )<br>　　　　　　　　　　　　　　)<br>　　　　　　　Defendants.)<br>_____) | Case No. 1:08-CR-379 OWW<br><br>STIPULATION TO CONTINUE MOTIONS DUE<br>DATES AND MOTIONS HEARING<br><br><br>DATE:　　June 29, 2009<br>TIME:　　9:00 a.m.<br>COURTROOM: Honorable Oliver W. Wanger |

　　　Upon the stipulation of the parties and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that the Defendant's motions will be due on May 7, 2009, Responses to the motions will be due on June 10, 2009 and the new motions hearing  be continued to June 29, 2009 at 9:00 a.m. before the Honorable Oliver W. Wanger.

IT IS SO ORDERED.

**Dated:    April 22, 2009**　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

4