1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MARLON COBAR
   Federal Courthouse
3  2500 Tulare St., Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:08-CR-379 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTIONS DUE |
| v. ) | DATES AND MOTIONS HEARING |
| HAAMID DARQUIEL, et al., ) | DATE: June 29, 2009 |
| ) | TIME: 9:00 a.m. |
| Defendants.) | COURTROOM: Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the motions due dates be continued as follows: Defendant's motions due on May 7, 2009, Responses will be due on June 10m 2009 and the new motions hearing be continued to June 29, 2009 at 9:00 a.m. This will allow new counsel, Stephen Mensel, enough time to review discovery materials.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

That the parties agree that the resulting period of delay occurring between June 15, 2009, and the date for hearing the

1

motions, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161 (h)(1)(F).

IT IS SO STIPULATED:

Dated: April 14, 2009  LAWRENCE G. BROWN
Acting United States Attorney

/s/ Marlon Cobar
By: MARLON COBAR
Assistant U.S. Attorney

Dated: April 14, 2009  /s/ Mark W. Coleman
MARK W. COLEMAN
Attorney for Defendant
HAAMID ALIE DARCUIEL

Dated: April 14, 2009  /s/ Matthew C. Davidson
MATTHEW C. DAVIDSON
Attorney for Defendant
FRANCISCO RUIZ

Dated: April 14, 2009  /s/ Stephen Mensel
STEPHEN MENSEL
Attorney for Defendant
JASON SAMUEL

Dated: April 14, 2009  /s/ Mario DiSalvo
MARIO DiSALVO
Attorney for Defendant
SEREY KEM

Dated: April 14, 2009  /s/ Dale A. Blickenstaff
DALE A. BLICKENSTAFF
Attorney for Defendant
MARIO CARLOS SAIZ

Dated: April 14, 2009  /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant
ANGEL ALMAGUER III

| | | |
|---|---|---|
| Dated: April 14, 2009 | | /s/ Robert Donald Wilkinson |
| | | ROBERT DONALD WILKINSON |
| | | Attorney for Defendant |
| | | DARNELL V. McPETERS |

| | | |
|---|---|---|
| Dated: April 14, 2009 | | /s/ Juan M. Falcon |
| | | JUAN M. FALCON |
| | | Attorney for Defendant |
| | | MICHELLE M. MERAZ |

| | | |
|---|---|---|
| Dated: April 14, 2009 | | /s/ David A. Torres |
| | | DAVID A. TORRES |
| | | Attorney for Defendant |
| | | DAVID GARCIA |

```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MARLON COBAR
    Federal Courthouse
 3  2500 Tulare St., Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
 5

 6

 7              IN THE UNITED STATES DISTRICT COURT FOR THE

 8                    EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA, )  Case No. 1:08-CR-379 OWW
                              )
11              Plaintiff,    )  STIPULATION TO CONTINUE MOTIONS DUE
        v.                    )  DATES AND MOTIONS HEARING
12                            )
                              )
13  HAAMID DARQUIEL, et al.,  )  DATE:     June 29, 2009
                              )  TIME:     9:00 a.m.
14              Defendants.)     COURTROOM: Honorable Oliver W. Wanger
    _____)
15
```

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the Defendant's motions will be due on May 7, 2009, Responses to the motions will be due on June 10, 2009 and the new motions hearing be continued to June 29, 2009 at 9:00 a.m. before the Honorable Oliver W. Wanger.

IT IS SO ORDERED.

**Dated:   April 22, 2009**          **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE

4